Ian Lamonte CORMIER,
Plaintiff–Appellant,

v.

Arthur L. LIGGINS, Parole Agent; et al., Defendants–Appellees.

No. 01–55857.

D.C. No. CV–01–00364–JNK.

United States Court of Appeals,
Ninth Circuit.

Submitted June 10, 2002.*

Decided June 13, 2002.

---

* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before RYMER, T.G. NELSON, and THOMAS, Circuit Judges.

## MEMORANDUM**

Ian Lamonte Cormier, a California state prisoner, appeals pro se the district court's judgment dismissing his 42 U.S.C. § 1983 action without prejudice for failure to pay the filing fee. We have jurisdiction pursuant to 28 U.S.C. § 1291 and affirm. *See Rodriguez v. Cook*, 169 F.3d 1176, 1178 (9th Cir.1999).

We deny all pending motions.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

